**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JEFF RUSSELL TRAXTLE, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> SHERRI HOLMAN, Library Coordinator, Oregon Department of Corrections; DON MILLS, Superintendent, DOC, Two Rivers Correctional Institution, <br><br> Defendants - Appellees. | No. 12-35063 <br><br> D.C. No. 6:11-cv-06142-TC <br><br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Oregon
Ann L. Aiken, Chief Judge, Presiding

Submitted December 19, 2012[**]

Before:    GOODWIN, WALLACE, and FISHER, Circuit Judges.

Oregon state prisoner Jeff Russell Traxtle appeals pro se from the district

court's judgment dismissing as time-barred his 42 U.S.C. § 1983 action alleging a

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

violation of his constitutional right of access to the courts. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Douglas v. Noelle*, 567 F.3d 1103, 1106 (9th Cir. 2009), and we affirm.

The district court properly dismissed Traxtle's action as time-barred because his access-to-courts claim accrued more than two years before he filed his complaint. *See* Or. Rev. Stat. § 12.110(1) (two-year statute of limitations for personal injury claims); *Douglas*, 567 F.3d at 1109 (for § 1983 claims, courts apply the forum state's statute of limitations for personal injury claims); *Morales v. City of Los Angeles*, 214 F.3d 1151, 1154 (9th Cir. 2000) (an access-to-courts claim accrues when the lower court issues its judgment in the underlying action, not when the appeals of that judgment have been exhausted).

Traxtle's reliance on *Christopher v. Harbury*, 536 U.S. 403 (2002), is misplaced.

**AFFIRMED.**

12-35063